

# THE THIRTEENTH COURT OF APPEALS

13-13-00208-CV

GEORGINA CASTAN AND JULIE JARAMILLO
v.
SPENCER GIFTS, LLC AND JAVIER GARCIA, INDIVIDUALLY

On Appeal from the
357th District Court of Cameron County, Texas
Trial Cause No. 2011-DCL-4340-E

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellants.

We further order this decision certified below for observance.

November 21, 2013